PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| vs | ) |
| | ) |
| Steven Craig | )  Case No. 05-20235-01 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Steven Craig, have discussed with Stephanie K. Denton, Pretrial Services Officer, modification of my release condition as follows:

Defendant will reside with his mother at 1626 Riverside Blvd [SKD], Memphis, TN 38109.

All other conditions of release will remain in effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9-14-06   _____ 9/14/06
Signature of Defendant      Date      Pretrial Services Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  9/14/06
Signature of Defense Counsel   Date

[X] The above modification of conditions of release is ordered, to be effective on September 25, 2006

[ ] The above modification of conditions of release is <u>not</u> ordered.

s/Diane K. Vescovo         September 25, 2006
_____     _____
Signature of Judicial Officer   Date